UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            CASE NO: 8:09-cv-384-T-23TGW

WILLIAM O'CALLAGHAN, et al.,

    Defendants.
_____/

**ORDER**

    The United States sues to foreclose tax liens on real property owned by the defendant William O'Callaghan. Following the Clerk's entry of default (Doc. 18) against the defendant JPMorgan Chase Bank, N.A., the United States moves for a default judgment "providing that (1) any foreclosure sale subsequently ordered by this Court be free and clear of any lien of JPMorgan; and (2) JPMorgan shall not share in the proceeds of any such foreclosure sale." (Doc. 45 at 2) Because the remaining defendants have answered the complaint and dispute the validity of the United States' liens on the property, and because no foreclosure sale is imminent, the United States' motion (Doc. 45) for default judgment is **DENIED** as premature.

Additionally, the United States' "motion to file unilateral proposed case management report" (Doc. 44) is **DENIED**. On or before **Friday, April 23, 2010**, the parties shall submit a case management report that complies with Local Rule 3.05(c)(2).

ORDERED in Tampa, Florida, on April 15, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE